# SUPREME COURT OF WISCONSIN

| | |
|---|---|
| CASE NO.: | 2019AP629 |

| | |
|---|---|
| COMPLETE TITLE: | Jama I. Jama, <br>           Plaintiff-Appellant, <br>      v. <br> Jason C. Gonzalez and Wisconsin Lawyers Mutual Insurance Company, <br>           Defendants-Respondents-Petitioners. |

REVIEW OF DECISION OF THE COURT OF APPEALS
Reported at 395 Wis. 2d 655,954 N.W.2d 1
PDC No:2021 WI App 3 - Published

| | |
|---|---|
| OPINION FILED: | October 20, 2021 |
| SUBMITTED ON BRIEFS: | |
| ORAL ARGUMENT: | October 1, 2021 |

| | |
|---|---|
| SOURCE OF APPEAL: | |
| COURT: | Circuit |
| COUNTY: | Dane |
| JUDGE: | Valerie Bailey-Rihn |

| | |
|---|---|
| JUSTICES: | |
| Per Curiam. | |
| NOT PARTICIPATING: | |
| KAROFSKY, J., did not participate. | |

ATTORNEYS:

For the defendants-respondents-petitioners, there were briefs filed by *Peyton B. Engel, Catherine E. White, Stephen P. Hurley,* and *Hurley Burish, S.C.*, Madison. There was an oral argument by *Peyton B. Engel*.

For the plaintiff-appellant, there was a brief filed by *Kevin G. Raasch, David J. Lang,* and *Judge Lang & Katers, LLC*, Wauwatosa. There was an oral argument by *Kevin G. Raasch*.

**2021 WI 79**

NOTICE

**This opinion is subject to further editing and modification. The final version will appear in the bound volume of the official reports.**

No.  2019AP629
 (L.C. No.  2018CV1478)

STATE OF WISCONSIN      :      IN SUPREME COURT

**Jama I. Jama,**

       **Plaintiff-Appellant,**

  **v.**

**Jason C. Gonzalez and Wisconsin Lawyers Mutual
Insurance Company,**

       **Defendants-Respondents-Petitioners.**

**FILED**

**OCT 20, 2021**

Sheila T. Reiff
Clerk of Supreme Court

REVIEW of a decision of the Court of Appeals.  *Affirmed.*

¶1    PER CURIAM.  The decision of the court of appeals is affirmed by an equally divided court.

¶2    JILL J. KAROFKSY, J., did not participate.